# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 3:20-PO-0463-DMC |
|---|---|
| Plaintiff, | |
| v. | <u>ORDER</u> |
| RICHARD RASI, | |
| Defendant. | |

      Pending before the Court is Defendant's motion, ECF No. 10, for a change of venue to New York.

      Under Federal Rule of Criminal Procedure 20(a), a prosecution may be transferred from the district where the charges are pending to a district where the defendant is present only if the defendant states in writing a wish to plead guilty or no contest and waive trial, and if the United States Attorneys for both districts approve the transfer in writing.  Because Defendant's motion does not make the showing required under Rule 20(a), Defendant's motion is denied without prejudice.

      IT IS SO ORDERED.

Dated:  August 26, 2021

                                                          DENNIS M. COTA
                                                          UNITED STATES MAGISTRATE JUDGE